**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MONSERRATE DROZ,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-836-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____

# ORDER

This case is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 8) filed January 13, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 19, 2010 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Reconsideration (Doc. No. 8) is **GRANTED**.

    3.    The Clerk is directed to reopen this case.

    4.    Plaintiff may file an amended complaint within fourteen (14) days from the date of this Order. Plaintiff must serve the amended complaint on the Commissioner of Social

Security within one-hundred and twenty (120) days from the date of filing the amended complaint.  Failure to file the amended complaint within the time allowed herein will result in the dismissal of this case.  Failure to serve the amended complaint within the time allowed herein, may result in the dismissal of this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___12th___ day of April, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge